Case 2:26-cv-11969

## INDEX OF EXHIBITS

**Exhibit A**   Copy of Plaintiff Josellande VALBRUN-BADJIE naturalization

**Exhibit B**   Copy of Plaintiff Falley BADJIE identity documents

**Exhibit C**   Copy of Plaintiffs' Marriage Certificate

**Exhibit D**   Copy of I-130 IOE0908077089 Receipt Notice, Nov. 8, 2022

**Exhibit E**   Copy of I-130 USCIS online case status