

No. 36418175

# CERTIFICATE OF NATURALIZATION



*Personal description of holder as of date of naturalization:*

*Date of birth:* **NOVEMBER 22, 1990**

*Sex:* **FEMALE**

*Height:* **5** *feet* **8** *inches*

*Marital status:* **SINGLE**

*Country of former nationality:* **HAITI**



ALTERATION OR MISUSE OF THIS DOCUMENT
IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

*USCIS Registration No.* **A098510121**

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

*at:* **DETROIT, MICHIGAN**

*The Secretary having found that:*

**JOSELLANDE VALBRUN**

*residing at:* **DETROIT, MICHIGAN**

*having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by*

**US DISTRICT COURT EASTERN REGION SD**

*at:* **DETROIT, MICHIGAN**          *on:* **NOVEMBER 25, 2013**

*such person is admitted as a citizen of the United States of America.*

*, Director*

*U. S. Citizenship and Immigration Services*

DEPARTMENT OF HOMELAND SECURITY