B

| No. | | BIRTH IN THE GAMBIA IN THE YEAR 20 *1982* | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| No. | When Born | Place of Birth | Name (if any) | Sex | Name and Surname of Father | Name and Maiden Name of Mother | Occupation, | Rank or Profession of Father | Signature Description and Residence of Informant | When Registered | Signature of Registrar | |
| | of 8th | Lamin Village | Falley | m | Malang Badjie | Fatou Colley | Civil | Servant | Malang Badjie Secretariat Lamin Village | 10/11/00 | A.E Ceesay | |

hereby certify that the above is true of the Registrar in The Gambia ....*Banjul*.....Aforesaid Extracted this ...10th.........Day of ....*November* 20 00 .... Registrar

# MICHIGAN MI USA

## DRIVER LICENSE
## NOT FOR FEDERAL IDENTIFICATION

B 320 244 012 528    ISS 03-08-2023
DOB 07-04-1982    EXP 07-04-2026    070482

FALLEY BADJIE
19492 NEGAUNEE
REDFORD, MI  48240-1640

Sex M    Hgt 508    Eyes BRO
Lic Type O    End NONE

Restrictions Corrective Lens, LT

DD: 1206486104151
001

DONOR ♥
Rev 08-16-2021