

# COUNTY OF WAYNE

193645

202203006721 FILED Cathy M. Garrett, Wayne County Clerk - 1/20/2023 12:00:00 AM

**DECEMBER 13, 2022**
DATE OF APPLICATION

## Marriage License
### State of Michigan

DATE CERTIFICATE FILED

STATE FILE NO.
**1915245**
LOCAL FILE NO.

To any person legally authorized to solemnize marriage, the marriage must be solemnized in the State of Michigan on or before _____ **JANUARY 14, 2023**
DATE

| | | |
|---|---|---|
| **JOSELLANDE VALBRUN** | and | **FALLEY BADJIE** |
| FULL NAME (First, Middle, Last) ☐ MALE ☒ FEMALE | | FULL NAME (First, Middle, Last) ☒ MALE ☐ FEMALE |

**COUPLE**

SURNAME ON BIRTH CERTIFICATE, IF DIFFERENT | SURNAME ON BIRTH CERTIFICATE, IF DIFFERENT

**32** | **11/22/1990** | **40** | **07/04/1982**
PRESENT AGE | DATE OF BIRTH | PRESENT AGE | DATE OF BIRTH

**BOMBARDOPOLIS** | **NON-US STATE** | **LAMIN** | **NON-US STATE**
BIRTHPLACE – CITY AND STATE | BIRTHPLACE – CITY AND STATE

**19492 NEGAUNEE** | | **19492 NEGAUNEE** |
RESIDENCE NO. | STREET | RESIDENCE NO. | STREET

**REDFORD, MI 48240** | | **REDFORD, MI 48240** |
CITY, STATE, AND ZIP CODE | CITY, STATE, AND ZIP CODE

**WAYNE** | **0** | **WAYNE** | **1**
RESIDENCE COUNTY | TIMES PREVIOUSLY MARRIED | RESIDENCE COUNTY | TIMES PREVIOUSLY MARRIED

**PARENTS**

**SAUREL VALBRUN** | **MALANG BADJIE**
FULL NAME (First, Middle, Last) | FULL NAME (First, Middle, Last)

**HAITI** | **GAMBIA**
SURNAME AT BIRTH | BIRTHPLACE | SURNAME AT BIRTH | BIRTHPLACE

**MERITHAH VALBRUN** | **FATOU COLLEY**
FULL NAME (First, Middle, Last) | FULL NAME (First, Middle, Last)

**HAITI** | **GAMBIA**
SURNAME AT BIRTH | BIRTHPLACE | SURNAME AT BIRTH | BIRTHPLACE

Based on the affidavit filed in this office, I hereby grant this marriage license on **DECEMBER 13, 2022**
[Month, Day, Year]

*Cathy M. Garrett*
COUNTY CLERK | **WAYNE** COUNTY

DEPUTY CLERK

## Certificate of Marriage

_____ hereby certify that, in accordance with the above license, the persons herein mentioned were joined in marriage,

in **CITY OF DEARBORN** County of **WAYNE** Michigan,
CITY, VILLAGE, TOWNSHIP

on the **21ST** day of **DECEMBER** A.D. 20 **22**, in the presence of

SIGNATURE OF OFFICIANT/CERTIFIER

**JUDGE L. EUGENE HUNT, JR.**
NAME AND TITLE OF OFFICIANT/CERTIFIER (TYPE OR PRINT)

**16071 MICHIGAN AVENUE, DEARBORN, MI 48126**
FULL MAILING ADDRESS OF OFFICIANT/CERTIFIER

SIGNATURE OF WITNESS | SIGNATURE OF WITNESS

**MERITHAH VALBRUN VERCIRA** | **SAUREL VALBRUN**
NAME OF WITNESS (TYPE OR PRINT) | NAME OF WITNESS (TYPE OR PRINT)

SIGNATURE OF SPOUSE | SIGNATURE OF SPOUSE

**JOSELLANDE VALBRUN-BADJIE** | **FALLEY BADJIE**
PRINTED NAME OF SPOUSE | PRINTED NAME OF SPOUSE

DCH-0482 (Rev. 11-18) By Authority of MCL 551.102 *This duplicate must be delivered by the person solemnizing marriage to one of the parties joined in marriage.*

**WARNING**
ANY REPRODUCTION IS PROHIBITED BY LAW. DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH COLORED BACKGROUND AND TACTILE HOLOGRAPHIC SEAL IN BOTTOM RIGHT CORNER. NOT VALID IF PHOTOCOPIED.

I, CATHY M. GARRETT, CLERK OF SAID COUNTY OF WAYNE DO HEREBY CERTIFY that the foregoing is a true and exact copy of the original document on file in my office.

*Cathy M. Garrett*

**CATHY M. GARRETT**
Wayne County Clerk

**JAN 20 2023**
DATE

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

SEAL OF THE CHARTER COUNTY OF WAYNE MICHIGAN
WE PRODUCE IN GOD WE TRUST WE DEFEND
FREEDOM OF MAN
1796

