



**U.S. Citizenship
and Immigration
Services**

MENU

# Case Status Online

## Case Was Received and A Receipt Notice Was Sent

On November 8, 2024, we received your Form I-130, Petition for Alien Relative, Receipt Number IOE0928598915, and sent you a receipt notice or acceptance notice. The notice describes how we will process your case. Please follow the instructions in the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number   ?

IOE0928598915

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE                PAPERWORK REDUCTION ACT