AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Josellande VALBRUN-BADJIE and Falley BADJIE, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:26-cv-11969 |
| USCIS, Detroit Field Office, Director of, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Josellande VALBRUN-BADJIE and Falley BADJIE                                         .

Date:       06/12/2026                                    /s/ Glenn Eric Sproull
                                                                       *Attorney's signature*

                                                              Glenn Eric Sproull (IL 6276310)
                                                                   *Printed name and bar number*

                                                                        Palmer Rey PLLC
                                                              29566 Northwestern Hwy., ste 200
                                                                      Southfield, MI 48034
                                                                            *Address*

                                                                   eric@palmerrey.com
                                                                       *E-mail address*

                                                                     (248) 522-9500
                                                                    *Telephone number*

                                                                     (248) 522-9455
                                                                       *FAX number*