United States District Court
Eastern District of Michigan

| | |
|---|---|
| JOSELLANDE VALBRUN-BADJIE and FALLEY BADJIE,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. KLINGER, director, Detroit Field Office, United States Citizenship and Immigration Services,<br><br>ACTING DIRECTOR, Texas Service Center, United States Citizenship and Immigration Services,<br><br>ROSE KENDRICK, Director, NATIONAL BENEFITS CENTER, UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES,<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services.<br><br>Defendants. | Civil No. 26-11969<br><br>Hon. Terrence G. Berg<br>Mag. Judge Patricia T. Morris |

**NOTICE OF APPEARANCE**

Notice is given that Priya Bodary, Assistant United States Attorney for the Eastern District of Michigan, will serve as counsel on behalf of the Defendant in the above-captioned case.

Respectfully submitted,

**Jerome F. Gorgon Jr.**

United States Attorney

s/*Priya Bodary*

Priya Bodary (CA319527)
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-0831
Email: Priya.Bodary@usdoj.gov

Date: October 19, 2026