**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**Josellande VALBRUN-BADJIE and Falley BADJIE,**

*Plaintiffs*,

v.

MICHAEL J. KLINGER, Director, Detroit Field Office, United States Citizenship and Immigration Services;

ACTING DIRECTOR, Texas Service Center, United States Citizenship and Immigration Services;

Rose Kendrick, Director, NATIONAL BENEFITS CENTER, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;

JOSEPH B. EDLOW, Director, United States Citizenship And Immigration Services.

*Defendants*.

**Case No. 2:26-cv-11969**

Hon. Judge Terrence G. Berg

Mag. Judge Patricia T. Morris

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Josellande VALBRUN-BADJIE and Falley BADJIE, through undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants.

Respectfully submitted this 26th day of October, 2026.

/s/ *Glenn Eric Sproull*
GLENN ERIC SPROULL (IL 6276310)
Palmer Rey PLLC
29566 Northwestern Hwy, Suite 200
Southfield, MI 48034
(248) 522-9500
eric@palmerrey.com
***Attorney for Plaintiffs***