UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FALLEY BADJIE, ET AL.,**

Petitioner,

Case No. 26-11969
Hon. Terrence G. Berg

v.

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DETROIT FIELD OFFICE, DIRECTOR OF, ET AL,**

Respondent,
______________________________________/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal, ECF No. 7, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2026